1

2

3                                                                O

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10   JOSEPH R. ROCHA,                    )   Case No. EDCV 06-0562 AN
                                         )
11             Plaintiff,                )   ORDER AFFIRMING DECISION OF
                                         )   COMMISSIONER
12        v.                             )
                                         )
13   MICHAEL J. ASTRUE,                   )
     COMMISSIONER OF THE SOCIAL          )
14   SECURITY ADMINISTRATION,            )
                                         )
15             Defendant.                )
                                         )
16   ─────────────────────────────────  )

17        The Court  now rules as follows with respect to the two disputed issues in the Joint

18   Stipulation ("JS").[1]

19        By way of the first disputed issue, Plaintiff principally contends that a reversal is

20   warranted because the Administrative Law Judge ("ALJ")  erred by failing to give

21   specific and legitimate reasons for discrediting Dr. Valentine's opinion regarding

22   Plaintiff's residual functional capacity.   [JS at 15:19-19:9.] The Court finds Plaintiff's

23   first contention lacks merit for the Commissioner's well-stated opposing contentions. [*Id.*

24   at 19:12-21:22.]

25        In the second disputed issue, Plaintiff principally contends the ALJ erred by failing

26   ─────────────────

27   [1]   Both parties have consented to proceed before the undersigned Magistrate Judge. In
     accordance with the Court's Case Management Order, the parties have filed the JS and
28   seek a dispositive order regarding the disputed issues set forth in the JS.  The Court's
     decision is based upon the pleadings, the Administrative Record ("AR"), and the JS.

1    to incorporate Plaintiff's obesity in determining his Residual Functional Capacity
2    ("RFC") for a reduced range of sedentary work.  [JS at 22:6-24:5.]  The Court disagrees
3    for the reasons given by the Commissioner.  [JS at 24:8-25.]   Additionally, the Court
4    finds Plaintiff's contention is not persuasive because the ALJ's decision clearly
5    establishes that, at Step Two, she expressly and properly considered Plaintiff's obesity
6    along with his other impairments (chronic low back pain and degenerative disc disease
7    at L4-5), and proceeded to consider the combined effects of these impairments in
8    assessing and concluding that Plaintiff retained an RFC to perform a reduced but
9    significant range of sedentary work at Steps Four and Five.  [AR at 22, 24, 25.]

10

11        IT IS THEREFORE ORDERED that judgment be entered affirming the
12   Commissioner's final decision, and dismissing this action with prejudice.

13

14

15   DATED: July 12, 2007                ARTHUR NAKAZATO
                                         _____
16                                       ARTHUR NAKAZATO
                                         UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28